**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>PORTER, Stephen D.<br>SS# xxx xx 5782<br>PORTER, Louise G.<br>SS# xxx xx 7900           Debtors | Chapter 13<br>Case No. 09-21250-WCH |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTORS' AMENDED CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtors' Amended Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtors commenced this case by filing a petition on November 20, 2009.
2. On January 6, 2010, the Trustee presided over a 341 meeting of creditors and examined the Debtors. On March 5, 2010, the Debtors filed the Plan. The Trustee cannot recommend the Plan for confirmation at this time because it is not feasible.
3. Specifically, the Plan proposes a consensual modification for the first mortgage of Bank of America for the property located at 4042 Main Street, Barnstable, MA. However, Bank of America has not yet accepted the modification of the mortgage. Therefore, the Trustee asserts, that the Debtors' Plan is not feasible.

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: April 5, 2010

Respectfully submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA  02114
(617) 723-1313
13trustee@ch13boston.com

4/27/2010 Moot.

EM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>PORTER, Stephen D.<br>SS# xxx xx 5782<br>PORTER, Louise G.<br>SS# xxx xx 7900      Debtors | Chapter 13<br>Case No. 09-21250-WCH |

**Certificate of Service**

The undersigned hereby certifies that a copy of the Trustee's Objection to Debtors' Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtors and Debtors' counsel at the addresses set forth below.

Dated: April 5, 2010

                        /s/ **Carolyn Bankowski**
                        Carolyn Bankowski

| | |
|---|---|
| Stephen & Louise Porter<br>P.O. Box 273<br>Cummaquid, MA 02637 | Peter Daigle, Esq.<br>1550 Falmouth Road, Ste 10<br>Centerville, MA 02632 |

EM